## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| HELEN MCGEE, on behalf of herself and all others similarly situated in the District of Columbia,<br><br>    *Plaintiff*,<br><br>v.<br><br>NVIDIA CORPORATION; ATI TECHNOLOGIES, INC.; and ADVANCED MICRO DEVICES, INC.,<br><br>    *Defendants*. | Case No. 1:07-cv-01478-JR<br><br>**CLASS ACTION** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jennifer L. Giordano, with the law firm of Latham & Watkins LLP, appears as counsel of record for defendants ATI Technologies ULC and Advanced Micro Devices, Inc. (collectively, "AMD") in the above-captioned matter. This appearance is solely for purposes of filing a consent motion to extend the time for AMD and NVIDIA Corporation to answer or otherwise respond to the complaint in this matter and is not intended to waive and does not waive any defenses that AMD may have to the complaint, including insufficiency of the service of process, improper venue and lack of personal jurisdiction.

Dated: September 27, 2007

Respectfully submitted,

LATHAM & WATKINS LLP

By:   /s/ Jennifer L. Giordano

Margaret M. Zwisler (D.C. Bar # 245951)
Jennifer L. Giordano (D.C. Bar # 496746)
555 Eleventh Street, NW
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: jennifer.giordano@lw.com

Attorneys for Defendants
ATI TECHNOLOGIES ULC and
ADVANCED MICRO DEVICES, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2007 a true and correct copy of the forgoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. Paper copies have been sent by U.S. Mail, first class delivery, to the following counsel of record:

>Craig Guthery
>COOLEY GODWARD KRONISH LLP
>1200 19th Street, NW
>5th Floor
>Washington, DC 20036
>Telephone: (202) 842-7800
>Facsimile: (202) 842-7899
>
>Timothy D. Battin
>STRAUS & BOIES, LLP
>4041 University Drive, Fifth Floor
>Fairfax, Virginia 22030
>Telephone: (703) 764-8700
>Facsimile: (703) 764-8704

        /s/ Jennifer L. Giordano