|  | United States District Court |
|---|---|
|  | for the District of Columbia |
|  | Clerk's Office |
| Nancy Mayer-Whittington | 333 Constitution Avenue, NW |
| Clerk | Washington, D.C. 20001 |

October 17, 2007

Clerk's Office
United States District Court for
The Northern District of California
Att: Simone Voltz
450 Golden Gate Avenue
P. O. Box 36060
San Francisco, CA 94102

**RE**:   DC Case Name McGee v. Nvidia Corp.
         DC Case Number 07-1478
         MDL Case Number 07-1826

Dear Clerk:

On October 17, 2007, upon receipt of the transfer letter from the U. S. District Court for the Northern District of California, we are transferring the above-entitled case to your Court..

Attached are PDF's of the docket sheet and original record.

Please acknowledge receipt of our file by a return email, and also please indicate <u>your</u> case number somewhere in the email.

                                          NANCY MAYER-WHITTINGTON,   Clerk

                                                  LC
                        By:_____
                              Laura Chipley, Deputy Clerk

Attachments