JURY, TRANSFERRED, TYPE-A

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:07-cv-01478-JR
# Internal Use Only

MCGEE v. NVIDIA CORPORATION et al
Assigned to: Judge James Robertson
Case in other court: USDC-NDCA, 07-01826
Cause: 15:1 Antitrust Litigation

Date Filed: 08/16/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**HELEN MCGEE**
*on behalf of herself and all others similarly situated in the District of Columbia*

represented by **Timothy D. Battin**
STRAUS & BOIES, LLP
4041 University Avenue
Fairfax, VA 22030
(703) 764-8700
Fax: (703) 764-8704
Email: tbattin@straus-boies.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**NVIDIA CORPORATION**

**Defendant**

**ATI TECHNOLOGIES, INC.**

represented by **Jennifer Lynn Giordano**
LATHAM & WATKINS, LLP
555 11th Street, NW
Suite 1000
Washington, DC 20004
(202) 637-1013
Email: jennifer.giordano@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ADVANCED MICRO DEVICES, INC.**

represented by **Jennifer Lynn Giordano**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/16/2007 | 1 | COMPLAINT against NVIDIA CORPORATION, ATI TECHNOLOGIES, INC., ADVANCED MICRO DEVICES, INC. ( Filing fee $ 350, receipt number 4616006269) filed by HELEN MCGEE. (Attachments: # 1 Civil Cover Sheet)(lc, ) (Entered: 08/21/2007) |
| 08/16/2007 |  | Summons (3) Issued as to NVIDIA CORPORATION, ATI TECHNOLOGIES, INC., ADVANCED MICRO DEVICES, INC. (lc, ) (Entered: 08/21/2007) |
| 08/29/2007 |  | (Court only) ***Staff notes (tg, ) (Entered: 08/29/2007) |
| 08/31/2007 | 2 | First AMENDED COMPLAINT against NVIDIA CORPORATION, ATI TECHNOLOGIES, INC., ADVANCED MICRO DEVICES, INC. filed by HELEN MCGEE.(lc, ) (Entered: 09/04/2007) |
| 09/27/2007 | 3 | NOTICE of Appearance by Jennifer Lynn Giordano on behalf of ATI TECHNOLOGIES, INC., ADVANCED MICRO DEVICES, INC. (Giordano, Jennifer) (Entered: 09/27/2007) |
| 09/27/2007 | 4 | Consent MOTION for Extension of Time to *for All Defendants to Respond to the Amended Complaint* by ATI TECHNOLOGIES, INC., ADVANCED MICRO DEVICES, INC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Giordano, Jennifer) (Entered: 09/27/2007) |
| 10/05/2007 |  | MINUTE ORDER granting defendants' consented motion for extension of time 4. Signed by Judge James Robertson on October 5, 2007. (MT) (Entered: 10/05/2007) |
| 10/17/2007 | 5 | LETTER dated 9/24/2007 from the Judicial Panel on Multidistrict Litigation directing the transfer of the original file and certified copy of the docket sheet. (lc, ) (Entered: 10/17/2007) |
| 10/17/2007 | 6 | Letter dated 9/25/2007 from the U.S. District Court for the District of Northern District of CA-SF requesting the transfer of the original file and certified copy of the docket sheet. (lc, ) (Entered: 10/17/2007) |
| 10/17/2007 |  | Case transferred out to the USDC for the Northern District of California-San Francisco, pursuant to the Conditional Transfer Order by the MDL Panel entered 10/17/2007; all documents and docket sheet in PDF format transferred via email. (lc, ) (Entered: 10/17/2007) |